DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORIANA GIRAUD,**
Appellant,

v.

**CARLINE FRANCOIS,**
Appellee.

No. 4D2024-0955

[November 27, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ori F. Silver, Judge; L.T. Case No. 50-2023-SC-002336-XXXX-SB.

Loriana Giraud, Lake Worth, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

DAMOORGIAN, FORST and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***